JOHN PETRILLI, Respondent, v. ATLANTA CONSTRUCTION COMPANY, Appellant.— Motion granted, and appeal dismissed, with costs.

LILLIAN LANPHEAR, as Executrix, etc:, Respondent, v. EDNA M. PARTRIDGE and Others, Appellants.— Motion granted, and appeal dismissed, with costs.

EARL J. GILLETTE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted, and appeal dismissed.

JOHN P. PUGH, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Order denying motion for new trial upon the ground of newly-discovered evidence reversed, and motion for new trial granted, upon condition that plaintiff pay all costs accrued subsequent to notice of trial, within ten days after service upon plaintiff's attorney of a copy of this order, with due notice of entry thereof. Judgment vacated. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ROSE, Appellant.— Judgment of conviction affirmed. Held, that the remarks touching the failure of the defendant to testify in his own behalf, attributed to the district attorney, although highly reprehensible, were not prejudicial to the defendant, in view of the clear evidence of the defendant's guilt, and the prompt instruction by the trial judge to the jury to disregard such remarks. All concurred.

WEBER-PEUTHERT COMPANY, Respondent, v. ABRAHAM N. LEVENTHAL, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred.

JOHN J. SMITH, Respondent, v. BROWN BROTHERS COMPANY, Appellant. — Judgment affirmed, with costs. All concurred.

C. AUGUST KOENIG and Another, Appellants, v. JOHN E. LAWLER, Respondent.— Judgment and order affirmed, with costs. All concurred.

PETER KURAK, Respondent, v. PETER TRAICHE, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented upon the ground that it was error to admit evidence of paralysis under the allegations of the complaint.

J. HARRY VAN ARSDALE, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THOMAS RICHMOND, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MATTHEW J. FOLTS, Respondent, v. ANNA CASLER CHESEBROUGH and Another, as Executrices, etc., Appellants.— Judgment affirmed, with costs. All concurred.